IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JAMES S. ALLEN, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| And | ) |
| | ) |
| NANCY T. ALLEN | ) |
| | ) |
| Counterclaim Plaintiff, | ) |
| v. | ) Case No.: _____ |
| | ) |
| PIA ASSETS, LLC, | ) |
| RP GOLF, LLC, | ) |
| AND | ) |
| FIVESTAR LIFESTYLES, LLC | ) |
| | ) |
| Defendants and, | ) |
| Counterclaimants, | ) |
| | ) |
| And | ) |
| | ) |
| PANDI CAPITAL, LLC, | ) |
| PANDI DEVELOPMENT, LLC, | ) |
| NEAL L. PATTERSON, and | ) |
| CLIFFORD W. ILLIG, | ) |
| | ) |
| Intervenor-Defendants | ) |
| and Counterclaimants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, and 1446, Defendants PIA Assets, LLC ("PIA"); RP Golf, LLC ("RP"); Fivestar Lifestyles, LLC ("Fivestar"); Pandi Capital, LLC ("Pandi Capital"); Pandi Development, LLC ("Pandi Development"); Neal L. Patterson, and Clifford W. Illig (collectively, "Defendants"), hereby remove this action, Case No. 13AE-CV00013 (the "Action") from the Circuit Court of Platte County, Missouri to the United States District Court for the Western District of Missouri, the division of the district court of the United States within

1

which the Action is pending.  In support of removal, Defendants, state as follows:

1.     On October 4, 2016, Plaintiffs filed claims in the Action under 18 U.S.C. § 1962, for which this Court has original federal question jurisdiction under 28 U.S.C. § 1331, making this case removable under 28 U.S.C. § 1441.

2.     This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within 30 days after Defendants were served with the pleading by which Plaintiffs first asserted their federal claims in the underlying action.

3.     All of the remaining claims in the Action are within the supplemental jurisdiction of this Court, 28 U.S.C. § 1367.

3.     All Defendants join in the removal of this action.

4.     Attached hereto as Exhibits 1-29 are copies of all process, pleadings, and orders served upon Defendants in the Action:

| Exhibit Number | Description of Filing |
|---|---|
| 1 | Petition |
| 2 | PIA and RP's answer to petition |
| 3 | Order withdrawing attorney |
| 4 | Order granting extension of time |
| 5 | Order re: stay |
| 6 | Order denying motion to amend |
| 7 | Order granting motion to intervene |
| 8 | Pandi Development, Patterson, and Illig's answer to petition |
| 9 | Pandi Capital's answer to petition |
| 10 | Plaintiffs' answer to counterclaims of Pandi Development, Patterson, and Illig |
| 11 | Plaintiffs' answer to counterclaims of Pandi Capital |
| 12 | Order granting extension of time |
| 13 | PIA's answer to cross-claims of Pandi Capital |
| 14 | PIA, RP, and Fivestar's answer to counterclaims |
| 15 | Pandi Development, Patterson, and Illig's answer to Plaintiffs' counterclaims |
| 16 | Pandi Capital's answer to Plaintiffs' counterclaims |
| 17 | Plaintiffs' answer to PIA's counterclaims |
| 18 | Order adding plaintiff |
| 19 | Order granting motion to amend |
| 20 | Plaintiff's first amended answer to and counterclaims against Pandi Capital, Pandi |

| | |
|---|---|
| | Development, Patterson, and Illig |
| 21 | Joint confidentiality and protective order |
| 22 | Order denying opposition to protective order |
| 23 | Order denying motion for protective order |
| 24 | Pandi Development, Patterson, and Illig's answer to Plaintiffs' first amended counterclaims |
| 25 | Order granting motion to compel |
| 26 | Order continuing trial |
| 27 | Order granting motion to quash |
| 28 | Defendants' consent to Plaintiffs' motion for leave to amend petition and answer to and counterclaims against Defendants' counterclaims and cross-claims |
| 29 | Plaintiffs' second amended petition, and second amended answer to and counterclaims against Defendants' counterclaims and cross-claims |

5. Written notice of the filing of this Notice of Removal is being given promptly to Plaintiffs by service hereof, and a copy of this Notice of Removal is being promptly filed with the Circuit Court of Platte County, Missouri.

WHEREFORE, the Action is hereby removed from the Circuit Court of Platte County, Missouri to the United States District Court for the Western District of Missouri, pursuant to 28 U.S.C. §§ 1441 and 1446.

Dated: October 17, 2016       Respectfully submitted,

                                              GERMAN MAY PC

                                              By    /s/ Phillip G. Greenfield
                                                       Kirk T. May        MO Bar #31657
                                                       Phillip G. Greenfield  MO Bar #37457
                                                       1201 Walnut Street, 20th Floor
                                                       Kansas City, MO 64106
                                                       Tele:  (816) 471-7700
                                                       Fax:   (816) 471-2221
                                                       Email: kirkm@germanmay.com
                                                       Email: philg@germanmay.com

                                                      *Attorneys for Defendants Pandi Development, LLC, Neal Patterson, and Clifford Illig*

By:   /s/Kristie Orme
Kristie Orme     MO Bar #48685
R. Pete Smith     MO Bar #35408
MCDOWELL RICE SMITH & BUCHANAN
605 W. 47th Street, Suite 350
Kansas City, Missouri 64112
Tele: 816-753-4500
Fax: 816-753-9996
petesmith@mcdowellrice.com
korme@mcdowellrice.com

*Attorneys for Defendants PIA Assets, LLC,*
*RP Golf, LLC, and FiveStar Lifestyles, LLC*

By:   /s/Douglas M. Weems
Douglas M. Weems   MO Bar# 41165
Scott J. Goldstein     MO Bar #28698
SPENCER FANE, LLP
1000 Walnut, Ste. 1400
Kansas City, Missouri 64106
Tele: 816-474-8100
Fax: 816-474-3216
dweems@spencerfane.com
sgoldstein@spencerfane.com

*Attorneys for Defendant Pandi Capital, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 17th day of October, 2016, the foregoing document was filed with the Clerk of the Court by using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Phillip G. Greenfield
Attorney for Defendants