# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
James S. Allen, Jr ;
**County of Residence:** Outside This District

Additional Plaintiff(s):
Nancy T. Allen ;

**Defendant(s):**
First Listed Defendant:
Multiple see attachment ;
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Platte County

**Plaintiff's Attorney(s):**

Patrick J. Stueve (James Allen, Jr)
Stueve Siegel Hanson LLP
460 Nichols Road
Kansas City, Missouri 64112
**Phone:** 816-714-7100
**Fax:** 816-714-7101
**Email:** stueve@stuevesiegel.com

Toji Calabro (Nancy Allen)
Stueve Siegel Hanson LLP
460 Nichols Road
Kansas City, Missouri 64112
**Phone:** 816-714-7100
**Fax:** 816-714-7101
**Email:** calabro@stuevesiegel.com

Andrew Funk (Nancy Allen)
Funk Riemann LLP
1600 Genessee, Ste. 852
Kansas City, Missouri 64102
**Phone:** 816-348-3002
**Fax:**
**Email:** andrew@frlawkc.com

**Defendant's Attorney(s):**

Multiple See attachment ( Multiple see attachment)

, Missouri
**Phone:**
**Fax:**
**Email:**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 2. Removed From State Court
    **State Removal County:** Platte County
    **State Removal Case Number:** 13AE-CV00013
**Nature of Suit:** 470 Civil RICO Actions
**Cause of Action:** 18USC Section 1926- Racketeer Influenced and Corrupt Organizations (RICO) Act
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):** 817,585.00
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/Phillip G. Greenfield

**Date:** 10/17/2016

    If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.

DEFENDANTS and ATTORNEYS FOR ALLEN v. PIA et al.

| DEFENDANTS | ATTORNEYS |
|---|---|
| PIA Assets, LLC<br>RP GOLF, LLC<br>FiveStar Lifestyles, LLC | MCDOWELL RICE SMITH & BUCHANAN<br>Kristie Orme  MO Bar #48685<br>R. Pete Smith  MO Bar #35408<br>605 W. 47th Street, Suite 350<br>Kansas City, Missouri 64112<br>petesmith@mcdowellrice.com<br>korme@mcdowellrice.com<br>Tele: 816-753-4500<br>Fax: 816-753-9996 |
| Pandi Capital, LLC | SPENCER FANE, LLP<br>Douglas M. Weems  MO Bar# 41165<br>Scott J. Goldstein  MO Bar #28698<br>1000 Walnut, Ste. 1400<br>Kansas City, Missouri 64106<br>dweems@spencerfane.com<br>sgoldstein@spencerfane.com<br>Tele: 816-474-8100<br>Fax: 816-474-3216 |
| Pandi Development, LLC<br>Neal Patterson<br>Cliff Illig | GERMAN MAY PC<br>Kirk T. May  MO Bar #31657<br>Phillip G. Greenfield  MO Bar #37457<br>1201 Walnut Street, 20th Floor<br>Kansas City, MO 64106<br>Email: kirkm@germanmay.com<br>Email: philg@germanmay.com<br>Tele:  (816) 471-7700<br>Fax:  (816) 471-2221 |